# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOE,<br><br>　　　　　Defendant. | **Case No. 1:17-cv-00865-JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EARLY DISCOVERY**<br><br>**(Doc. 7)** |

Plaintiff has filed a motion seeking to open discovery so that can ascertain the identities of the defendants identified as Does in this action. (Doc. 7.) As stated in the First Informational Order that issued on July 5, 2017, the Court will issue an order opening discovery after Plaintiff's allegations have been screened and cognizable claims have been identified, served, and answers have been filed. (Doc. 4.) If Plaintiff is able to state cognizable claims, he will be given the opportunity to submit as much identifying information as he has for each defendant identified as a Doe. Thereafter the United States Marshall and the Litigation Office at the facility where the events occurred will be contacted to ascertain their identities. Only if such efforts prove fruitless will discovery be opened for the limited purpose of identifying Doe defendants. Thus, Plaintiff's motion for discovery is premature.

///

///

Accordingly, the Court ORDERS, that Plaintiff's motion for discovery, filed on July 24, 2017 (Doc. 7) is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **August 21, 2017**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE