# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOE,<br><br>　　　　　Defendant. | No. 1:17-cv-00865-LJO-JLT (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S APPLICTION TO PROCEED *IN FORMA PAUERIS* ON APPEAL**<br><br>**(Doc. 17)** |

This action was closed on April 11, 2018, based on Plaintiff's failure to comply with the PLRA, which required that he exhaust the available administrative remedies before filing suit. (Docs. 14, 15.) Plaintiff filed a notice of appeal on May 7, 2018, accompanied by a motion to proceed *in forma pauperis*. (Docs. 16, 17.) Since Plaintiff was permitted to proceed *in forma pauperis* in his action in this court Rule 24(a)(3) of the Federal Rules of Appellate Procedure allows him to proceed on appeal *in forma pauperis* without further authorization unless the district court certifies that the appeal is not taken in good faith or a statute provides otherwise, which is not the case here.

////
///
///
///

1

1 | Accordingly, Plaintiff's application to proceed *in forma pauperis* on appeal, filed on May 7,
2 | 2018 (Doc. 17), is DISREGARDED.

IT IS SO ORDERED.

    Dated: **May 13, 2018**                **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE