# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>            Plaintiff,<br><br>      v.<br><br>DOE, et al.,<br><br>            Defendants. | **Case No. 1:17-cv-00865-LJO-JLT (PC)**<br><br>**ORDER FOR PLAINTIFF TO PROVIDE INFORMATION TO IDENTIFY DOE DEFENDANTS FOR SERVICE OF PROCESS**<br><br>**(Docs. 1, 23, 25)**<br><br>**21-DAY DEADLINE** |

The Court screened the complaint (Doc. 1) and found it to state cognizable claims against John Does #1, #2, and #3 (Docs. 23, 25). Because Plaintiff has not identified the defendants, they cannot be served with process.

Plaintiff must provide all information in his possession to identify the doe defendants in this action for service of process. Plaintiff **SHALL** submit copies of the inmate appeal, which he filed and pursued on this incident to exhaust administrative remedies, including all levels of review. If Plaintiff has any records reflecting the names of John Does #1, #2, and/or #3, he **SHALL** submit them as well. Plaintiff should also provide information such as the place, date, and time that he saw any of these Defendants, their shifts, job titles, duties, and all identifying attributes that he can recall about them such as their gender, hair color, height, weight, and the like. Plaintiff should submit everything he has in response to this order that could identify the defendants and is cautioned that, if they cannot be identified, they cannot be served and this will

1

result in dismissal of the action.  Fed. R.Civ. P. 4(m).

Accordingly, **within 21 days** of the date of service of this order, Plaintiff **SHALL** file further information that identifies John Does #1, #2, and #3.

**The failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

   Dated:   **April 10, 2019**                 **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE