UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00865-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 63) |

On March 27, 2020, Defendants Crisanto and Mello filed a motion to modify the Court's discovery and scheduling order pursuant to Federal Rule of Civil Procedure 16. (Doc. 63.) Defendants request that the discovery and dispositive motion deadlines be extended until after the Court rules on their pending motion for summary judgment. (*Id*.) The discovery cutoff date was April 13, 2020, and the dispositive motion deadline is June 15, 2020. (Doc. 46.) Defendant Perez has filed a statement of non-opposition to the motion to modify. (Doc. 68.) Plaintiff has not filed a response and the time to do so has passed. *See* Local Rule 230(l).

Good cause appearing, the Court GRANTS Defendants' motion. The Court VACATES the discovery and dispositive motion deadlines, to be reset if and when appropriate.

IT IS SO ORDERED.

Dated: __**April 27, 2020**__                    ____**/s/ Jennifer L. Thurston**____
                                                                       UNITED STATES MAGISTRATE JUDGE