UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00865-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO VACATE EVIDENTIARY HEARING**<br><br>(Doc. 73) |

On February 6, 2020, Defendants Crisanto and Mello filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 57.) In their motion, Defendants raise two arguments: (1) that Plaintiff failed to timely file his administrative grievance concerning the events underlying this action, and (2) that even if Plaintiff timely filed the administrative grievance, it would not have exhausted Plaintiff's remedies with respect to the claims in this action. (*See id.*) On April 26, 2020, the Court set this matter for an evidentiary hearing to address Defendants' first argument: whether Plaintiff timely filed the administrative grievance. (Doc. 69.) The hearing is currently set for July 6, 2020. (Doc. 72.)

On May 15, 2020, Defendants filed a notice of "partial withdrawal" of their motion for summary judgment and a request that the evidentiary hearing be vacated. (Doc. 73.) Defendants state that they "withdraw their argument that Plaintiff failed to timely submit an administrative

grievance related to his claims in this matter, and they submit for ruling on the second argument in their motion for summary judgment." (*Id.* at 2.)

Because Defendants have abandoned the argument that the evidentiary hearing is set to address, the Court GRANTS Defendants' request. The evidentiary hearing set for July 6, 2020 is VACATED. The Court will decide Defendants' motion for summary judgment on the papers, considering only Defendants' second argument above.

IT IS SO ORDERED.

Dated:   **May 18, 2020**              /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE

2