UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00865-NONE-JLT (PC)<br><br>**ORDER RESETTING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

On April 27, 2020, the Court vacated the discovery and dispositive motion deadlines, to allow the determination of the motion for summary judgment. (Doc. 70.) On July 16, 2020, District Judge Dale A. Drozd denied the motion for summary judgment. (Doc. 79.) Accordingly, the Court sets the following new deadlines:

1. The deadline to complete discovery, including filing motions to compel, is **October 2, 2020**.
2. The deadline to file pre-trial dispositive motions is **December 4, 2020**.

All other deadlines from the Court's discovery and scheduling order (Doc. 46) remain in effect.

IT IS SO ORDERED.

    Dated:   **July 16, 2020**                      **/s/ Jennifer L. Thurston**
                                                                     UNITED STATES MAGISTRATE JUDGE