UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00865-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT PEREZ'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 96) |

Defendant Perez moves to modify the Court's discovery and scheduling order. (Doc. 96.) Defendant requests that the dispositive motion deadline be extended until April 5, 2021. (*Id.*) The current deadline is February 4, 2021. (Doc. 87.) Although the time for Plaintiff to file an opposition or a statement of non-opposition to Defendant's motion has not yet passed, *see* Local Rule 230(l), the Court finds neither necessary here. Having considered Defendant's motion, including defense counsel's supporting declaration, the Court finds good cause to **GRANT** the request. Accordingly, the Court resets the pretrial dispositive motion deadline to **April 5, 2021**. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **January 5, 2021**               **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE