UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GARCIA,<br><br>            Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>            Defendants. | Case No. 1:17-cv-00865-JLT-BAK (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

The parties have filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 116.) This case has therefore terminated by operation of law. *See Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999). Accordingly, the Court DIRECTS the Clerk of the Court to close this case.

Dated:   January 20, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE